

Attorney Ryan R. Graff (920) 645-6227 | rgraff@mgwlawwi.com
Ingrid Hintz (920) 645-6230 | ihintz@mgwlawwi.com

August 20, 2024

**VIA ELECTRONIC FILING**

Judge William C. Griesbach
Eastern District of Wisconsin

**RE:** <u>**Margaret Hawley v. Unum Life Insurance Company of America**
**Eastern District of WI Case No. 23-CV-1464**</u>

Dear Judge Griesbach:

I am pleased to report that this matter has settled. A stipulation and order for dismissal will be filed within the next 30 days. Thank you.

        Respectfully,

        MGW LAW, LLP

        *s/ Ryan R. Graff*

        By: Ryan R. Graff

RRG/ieh
Cc: Attorney Jacqueline J. Herring

